CATHERINE HAYES, Appellant, *v.* EDMOND J. HAYES, Respondent.

*Hayes* v. *Hayes,* 150 App. Div. 842, affirmed.
(Submitted April 16, 1913; decided May 6, 1913.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 1, 1912, which reversed an order of Special Term adjudging the defendant in contempt of court for failure to pay alimony which had accrued during the pendency of an action for divorce, the complaint in which had been dismissed.

The following question was certified: "Did the dismissal of the complaint deprive the court of jurisdiction to punish the defendant for contempt, for disobeying an order awarding alimony during the pendency of the action, by failing to pay the same?"

*Leo R. Brilles* for appellant.

*John F. Harrington* for respondent.

Order affirmed, without costs, on authority of *Matter of Thrall* (12 App. Div. 235; affirmed on opinion below, 153 N. Y. 644); question certified answered in the affirmative.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.